UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE
JUL 16 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

| | | |
|---|---|---|
| **DEBORAH KIMBALL LORAH** | * | **CIVIL ACTION NO. 14-0749** |
| **VERSUS** | * | **JUDGE HAIK** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that the Commissioner's decision is **AFFIRMED**, and that this matter is **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana, this 15th day of July, 2015.

RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE